MAUD S. WHITE et al., Respondents, *v.* THE CITY OF NEW
   YORK, Appellant, and BRYANT SEAMAN, Respondent.

*White* v. *City of New York*, 154 App. Div. 957, affirmed.
(Submitted March 25, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered January 29, 1913, affirming a judgment in favor
of plaintiffs and defendant respondent entered upon a
decision of the court on trial at Special Term in an action
to determine title to real property.

*Archibald R. Watson, Corporation Counsel (James
D. Bell, Frank Julian Price* and *Charles J. Druhan* of
counsel), for appellant.

*James M. Gray* and *Frank H. Cothren* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT,
CHASE, CUDDEBACK and MILLER, JJ. Absent: HOGAN, J.